# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: JEFFERY W. POTTER,  No. 7-05-14071 MS

Debtor.

## ORDER DENYING JEFFERY POTTER'S MOTION TO COMPEL ABANDONMENT OF ASSETS (DOCKET # 467)

THIS MATTER is before the Court on Debtor's Motion of Jeffery W. Potter in his pro se capacity to 1. Request the Court to Declare that None of the Assets Standing in the Name of the Legal Defense and Maintenance Trust of California ("California Trust") are Part of My Chapter 7 Estate and/or 2. To Compel the Trustee to Abandon the Property and the Limited Liability Company Assets Transferred to the Estate by the California Trust or as the Case May Be, of the California Trust's Assets Standing in the Name of the California Trust (Bankruptcy Code ss 541 and 554(b) ("Motion"). The Motion requests the same relief as the Motion of Martin S. Friedlander in his Pro Se Capacity as Secured Creditor and Third Party Beneficiary of the Legal Defense and Maintenance Trust of California ("California Trust") to: 1) Request the Court to Declare that None of the Assets Standing in the Name of Said Trust are Part of the Potter Chapter 7 Estate and/or 2) to Compel the Trustee to Abandon the Property of Potter and the Limited Liability Company Assets Transferred to the Estate by the California Trust or as the Case May Be, of the California Trust's Assets Standing in the Name of the California Trust (Bankruptcy Code § § 541 and 554(b) ("Motion to Compel Abandonment") (Docket # 453). A final hearing on the Motion and the Motion to Compel Abandonment was held on November 28 and 29, 2007.        WHEREFORE, IN ACCORDANCE with the Court's ruling at the final hearing on the Motion to Compel and on the Motion,

1

IT IS HEREBY ORDERED, that the Motion is DENIED, for the reasons and upon the same conditions stated in the Court's Order Denying Martin S. Friedlander's Motion to Compel Abandonment of Assets (Docket # 453). *See* Docket # 597.

MARK B. McFEELEY
United States Bankruptcy Judge

COPY TO:

Jeffery Watson Potter
PO Box 8280
Santa Fe, NM 87504-8280

Martin S. Friedlander
10350 Wilshire Blvd Ste 603
Los Angeles, CA 90024-4717

Office of the United States Trustee
Alice Nystel Page
PO Box 608
Albuquerque, NM 87103-0608

Clifford C Gramer, Jr
Attorney for La Vista Homeowners' Association
3733 Eubank Blvd NE
Albuquerque, NM 87111-3536

James T Reist
Attorney for Robert Engel and Engel and Stern, LLP
2201 San Pedro NE, Bldg #2, Ste 207
Albuquerque, NM 87110-4129

George Dave Giddens
Attorney for Chapter 7 Trustee
10400 Academy NE, Suite 350
Albuquerque, NM 87111

2

Yvette Gonzales
Chapter 7 Trustee
PO Box 1037
Placitas, NM 87043-1037

Lorraine Hollingsworth
Pete V. Domenici, Jr.
Attorneys for Chris Pierce and Davis & Pierce
320 Gold Ave SW, Suite 1000
Albuquerque, NM 87102

3