# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: JEFFERY W. POTTER           No. 7-05-14071 SS
Debtor.

## ORDER DENYING DEBTOR'S MOTION TO COMPEL ABANDONMENT OF CERTAIN ASSETS

This matter came before the Court on November 30, 2009, on the Debtor's Motion To Compel Abandonment of Certain Assets, docket number 795 (the "Motion") and the Objections thereto filed by the Chapter 7 Trustee, Bank of America, La Vista Homeowners' Association, Richard P. Cook and El Llano Co., Inc. The Court, having reviewed the papers and being adequately advised in the premises, FINDS:

The Motion does not allege any grounds pursuant to which the Court could order the Trustee to abandon the assets described in the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

The Motion is hereby denied.

_____
Honorable James S. Starzynski
United States Bankruptcy Judge

Entered on Docket Date: January 25, 2010

Submitted by:
  Law Office of George "Dave"
  Giddens, P.C.
  S/George D. Giddens(Submitted by email, 1.22.2010)
  George D. Giddens
  Counsel for Chapter 7 Trustee
  10400 Academy, NE, #350
  Albuquerque, NM 87111
  (505) 271-1053
  (505) 271-4848 (fax)

Approved by:
This order was emailed to Mr. Potter on 1-12-10.
I have not received any comments or approval as of 1-22-10.
Jeffery W. Potter, Debtor, Pro Se
6611 Hillcrest Ave. #101
Dallas, TX 75205-1301
(832) 628-1933

**Parties Entitled To Notice of Entry of Order**

Office of the United States Trustee
P.O. Box 608
Albuquerque, NM 87103

Paula A. Cook
P.O. Box 669
Santa Fe, NM 87501-0669

Clifford C. Gramer, Jr.
3733 Eubank Blvd., NE
Albuquerque, NM 87111-3536

William R. Keleher
Modrall Sperling, Roehl Harris & Sisk, PA
PO Box 2168
Albuquerque, NM 87103-2168